UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re: Chapter 7

ELLIOTT ROSEBORO, Case No. 26-40616-ess

Debtor.
--------------------------------------------------------x

**ORDER DISMISSING CASE**

WHEREAS, on February 4, 2026, Elliott Roseboro (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, Richard J. McCord was appointed as Chapter 7 trustee in this case (the "Trustee"); and

WHEREAS, on April 15, 2026, the Trustee filed a motion to dismiss this case (the "Motion"), on grounds, among others, that the Debtor failed to appear at the meeting of creditors required by Bankruptcy Code Section 341 (the "Section 341 Meeting of Creditors"); and

WHEREAS, from time to time, and on October 28, 2026, the Court held a hearing on the Trustee's Motion, at which the Debtor did not appear; and

WHEREAS, as of the date of this Order, the Debtor has not appeared at the Section 341 Meeting of Creditors.

NOW THEREFORE, it is hereby

ORDERED, that, based on the entire record, including the record of the October 28, 2026, hearing, the Debtor's case is dismissed for failure to appear at the Section 341 Meeting of Creditors as required by Bankruptcy Code Sections 341 and 707(a).

**Dated: Brooklyn, New York**
**October 30, 2026**

United States Bankruptcy Court
Eastern District of New York

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
**Elliott Roseboro**
23 Pulaski Street
Brooklyn, NY 11206

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

*Trustee*
**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408