Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | Elliott Roseboro<br>Name | EIN: | 41−4064289 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 7 2/4/26 |
| Case number: | 1−26−40616−ess | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on February 4, 2026, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on October 30, 2026 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: November 3, 2026

For the Court, Paul Dickson, Clerk of Court