# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/3/2026 |
| Case: 1−26−40616−ess | Form ID: 227 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Elliott Roseboro 23 Pulaski Street Brooklyn, NY 11206 |
| tr | Richard J. McCord Certilman Balin Adler & Hyman 90 Merrick Avenue East Meadow, NY 11554 |
| aty | Richard J. McCord Certilman Balin Adler & Hyman 90 Merrick Avenue East Meadow, NY 11554 |
| smg | NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 |
| 10651148 | 23 Pulaski LLC Lisa Faham Selzer Esq KUCKER MARINO WINIARSKI BITTENS LLP 747 Third Avenue L2 FL NY MY 10017 |
| 10652586 | 23 Pulaski LLC c/o Kucker Marino Winiarsky & Bittens, L 747 Third Avenue New York, New York 10017 Attn: Joel Shafferman, Esq. |

TOTAL: 8